FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 FEB 25 PM 4:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILIE M. JONES | CIVIL ACTION |
| VERSUS | NUMBER: 07-4192 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "F"(5) |

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for the purpose of eliciting testimony from a vocational expert at the fifth step of the sequential analysis required by 20 C.F.R. §416.920.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CTRmDep_____
___ Doc. No._____

New Orleans, Louisiana, this 25th day of Feb., 2009.

*[signature]*
UNITED STATES DISTRICT JUDGE