UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE M. JONES                              CIVIL ACTION

VERSUS                                        NUMBER: 07-4192

MICHAEL J. ASTRUE,                            SECTION: "F"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

### O R D E R

The Court, having considered the application, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's application for EAJA fees is denied.

New Orleans, Louisiana, this 23rd day of NOV., 2009.

_____
UNITED STATES DISTRICT JUDGE